UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 0 9 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: SA:20-M-00487(1) |
| (1) CODY DONOVAN SMITH | § | Ref:20CR45 |

## ORDER OF REMOVAL

The Defendant, **(1) CODY DONOVAN SMITH**, is charged in a proceeding in the **District of Wyoming**, and has been arrested in the Western District of Texas. Copies of the charging document or judgment and warrant have been produced and identity has been established. Defendant, having been advised of the right to an identity hearing, acknowledged on the record under oath that he is the same person named in the warrant. Therefore, the United States Marshal for the Western District of Texas is directed to deliver the defendant to the United States Marshal or other designated officer in the prosecuting district.

It is so ORDERED and SIGNED on 9th day of April, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE